AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>WILLIAM W. BOATLEY<br><br>_Defendant(s)_ | )<br>)<br>)<br>)<br>)<br>) | Case No. 12-8370-WM |

FILED by _____ D.C.

SEP 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 18, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Sections 922(g)(1) and 924(e). | Possession of a Firearm by a Convicted Felon. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
_Complainant's signature_

ATF Task Force Officer Troy Raines
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 09/14/2012

_____
_Judge's signature_

City and state: West Palm Beach, Florida

Hon. U.S. Magistrate Judge William Matthewman
_Printed name and title_

# AFFIDAVIT
# OF
# TROY L. RAINES
## TASK FORCE OFFICER FOR THE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

I, Troy L. Raines, having been duly sworn, hereby depose and state the following:

1. I have been a police officer for over seventeen years. I was employed as a certified Police Officer from January 1994 to August 2001 with the Salisbury Police Department in Salisbury, Maryland. I have been employed as a certified Police Officer since August 2001 until present with the Boynton Beach Police Department in Boynton Beach, Florida. During this tenure, I have been assigned to a number of different divisions within the Boynton Beach Police Department, including patrol operations, street crimes units, and the Detective Bureau. I have been involved in several investigations involving violent crimes as an investigator in Maryland and Florida, several of which resulted in successful convictions. I have been involved in the writing and execution of over fifty search and seizure warrants for narcotics, and other items related to violent crimes. I have received numerous hours of training in Homicide Investigations, Narcotics Investigations, Street Gang Investigations, and Investigative Interviewing Procedures. Since September 2006, I have been assigned to the Palm Beach County Sheriff's/Violent Crimes Task Force/Gang Unit. I was deputized as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (hereinafter referred to as ATF) in December 2009. My responsibilities include investigating violations of federal law, including violations of the Gun Control Act (Title 18 United States Code, Chapter 44).

2. This affidavit is based upon my personal knowledge, a review of reports, and information obtained from other law enforcement officials and civilians. This affidavit does not contain every fact about this case known to me, but rather only those facts necessary to establish

1

probable cause to believe that William W. BOATLEY has committed a violation of Title 18, United States Code, Sections 922(g)(1) and 924(e), namely Possession of a Firearm and Ammunition by a Convicted Felon.

## FACTS IN SUPPORT OF PROBABLE CAUSE

3. On August 18, 2012, Boynton Beach Police Department (hereinafter referred to as BBPD) Officer Herny observed a vehicle illegally parked in the area of 100 Northeast 10th Avenue Boynton Beach, Palm Beach County, Florida. Ofc. Herny was able to observe the tag displayed on the vehicle and ran a computer check on the tag which revealed that the tag was expired. Ofc. Herny was able to observe that there were four black males standing around the vehicle. Ofc. Herny then drove towards the vehicle in an attempt to speak to the driver about the expired tag. At this time, all four subjects entered the vehicle and the vehicle drove away. Ofc. Herny attempted to conduct a traffic stop on the vehicle for the expired tag, however the driver failed to stop and a pursuit was initiated. The pursuit lasted for approximately a half mile. Ofc. Herny lost a visual of the vehicle in the area of Northwest 1st Street and Northwest 1st Court in Boynton Beach, Florida for approximately thirty seconds. Ofc. Herny was then able to locate the vehicle parked at 1480 Northwest 1st Street, Boynton Beach, Florida. The vehicle was unoccupied and it appeared that the subjects in the vehicle had fled the area.

4. Within moments BBPD Officers Ryan and Paramore began assisting Ofc. Herny to locate the subjects that had fled from the vehicle. As they were driving along the 1400 block of Northwest 3rd Street, which is located two streets west of where the abandoned vehicle was located, they observed a black male, later identified as William W. BOATLEY (hereinafter referred to as BOATLEY), walking from the immediate area where Ofc. Herny had located the vehicle. Ofc. Ryan noticed that BOATLEY was sweating, walking at a fast pace, and looking around in all

2

directions to see if he was being watched. Ofc. Ryan also noticed that BOATLEY had his right hand inside of his waistband area. BOATLEY was wearing a red t-shirt, black knee length shorts, and a baseball cap with the letter "A" on the front. As the officers exited their vehicle to make contact with BOATLEY, he observed them and immediately fled on foot southbound on Northwest 3rd Street. Officers gave chase on foot and observed BOATLEY run into the back yard of 1460 Northwest 3rd Street. Ofc. Ryan then observed BOATLEY throw an unknown black object from his hand behind a shed before he jumped over the back yard fence. Ofc. Ryan also noticed that the baseball cap that BOATLEY was wearing was lying on the ground in the same location. Ofc. Paramore continued to chase BOATLEY while Ofc. Ryan stayed at the location where he observed BOATLEY discard the object. Ofc. Ryan located an H&R .22 caliber revolver, model 999, serial number AU030684 behind the shed. The firearm was loaded with nine .22 caliber rounds of ammunition. The ammunition consisted of (3) Winchester, (5) CCI, and (1) Federal live rounds. BOATLEY was apprehended by BBPD officers in the 1400 block of Northwest 2nd Street. The firearm, ammunition, and baseball cap were placed into evidence at BBPD.

5. On August 20, 2012, I was notified about the arrest and began an investigation on BOATLEY. I ran an NCIC criminal history check and a computer check from the 15th Judicial Circuit Court Clerk of Courts website and discovered that prior to August 18, 2012, BOATLEY had been previously convicted of the following felonies:

       a.     June 1, 1998-Sale of Cocaine-Case # 98-1547CFA02
       b.     June 18, 1999-Sale of Cocaine-Case #99-2960CFb02
       c.     October 3, 2003-Sale of Cocaine-Case # 03-10176CFA02
       d.     June 3, 2004-Sale of Cocaine-Case # 04-4815CFA02
       e.     June 3, 2004-Sale of Cocaine-Case # 04-4816CFA02
       f.     June 3, 2004-Sale of Cocaine-Case # 04-4817CFA02, and
       g.     June 3, 2004-Sale of Cocaine-Case # 04-4818CFA02

Each of the aforementioned felony convictions are punishable by more than one year in the Department of Corrections.

6. I have consulted with ATF Special Agent Alan Oxley who has received extensive training in the manufacture and commerce of firearms, and has been admitted as an expert witness in the area of the interstate commerce nexus of firearms and ammunition on numerous prior occasions in the United States District Court for the Southern District of Florida, and elsewhere. Special Agent Oxley has advised me that the H&R Model 999 .22 caliber revolver, Winchester ammunition, CCI ammunition, and Federal ammunition noted above were not manufactured inside the State of Florida, and since the firearm was recovered in Florida, such, of necessity, had to have traveled in and affected interstate and/or foreign commerce.

7. Based on the above information and facts, I respectfully submit that there is probable cause to believe that BOATLEY, did unlawfully possess a firearm and ammunition, in or affecting commerce, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

AFFIANT FURTHER SAYETH NAUGHT.

---

TASK FORCE OFFICER TROY L. RAINES
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES

Sworn to and subscribed before
me this 14 day of September, 2012.

---

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

4